UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| FRIENDS OF ANIMALS,<br><br>Plaintiff,<br><br>v.<br><br>JILL SILVEY and THE UNITED STATES BUREAU OF LAND MANAGEMENT,<br><br>Defendants. | Case No. 3:18-cv-00043-RCJ-VPC |
| AMERICAN WILD HORSE CAMPAIGN and KIMERLEE CURYL,<br><br>Plaintiffs,<br><br>v.<br><br>RYAN ZINKE, MICHAEL D. NEDD and JILL C. SILVEY,<br><br>Defendants. | Case No. 3:18-cv-00059-LRH-WGC<br><br>REASSIGNMENT ORDER |

The presiding District Judges in these actions have determined that these actions involve similar questions of fact and of law and that there is good cause to reassign them to one District Judge and one Magistrate Judge. Reassignment of the two cases to one judge will promote judicial efficiency and will not result in prejudice to the parties.

1

1   The practice in this district has been to assign related cases to the assigned judge and
2   magistrate in the first filed case.
3       Good cause appearing, IT IS HEREBY ORDERED that Case No. 3:18-cv-00059-
4   LRH-WGC is reassigned to District Judge Robert C. Jones and Magistrate Judge
5   Valerie P. Cooke and all future pleadings must bear case number 3:18-cv-00059-RCJ-
6   VPC.
7       IT IS FURTHER ORDERED that the Clerk of the Court shall change the file and
8   docket to reflect this reassignment.
9       IT IS SO ORDERED.
10      DATED this 8th day of February, 2018.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

DATED this 8th day of February, 2018

_____
ROBERT C. JONES
UNITED STATES DISTRICT JUDGE