JENNIFER BEST
Colorado Bar No. 46549
Friends of Animals
Western Region Office
7500 E. Arapahoe Road, Suite 385
Centennial, CO 80112
Tel: (720) 949-7791
Fax: (888) 236-3303
jennifer@friendsofanimals.org

JULIE CAVANAUGH-BILL
Nevada Bar No. 11533
Cavanaugh-Bill Law Offices, LLC
Henderson Bank Building
401 Railroad Street, Suite 307
Elko, Nevada 89801
Tel: (775) 753-4357
Fax: (775) 777-2983
julie@cblawoffices.org

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| FRIENDS OF ANIMALS, | ) |
| Plaintiff, | ) |
| v. | ) No. 3:18-cv-00043-RCJ-VPC |
| JILL SILVEY, in her official capacity as the Elko District Office Manager; and THE UNITED STATES BUREAU OF LAND MANAGEMENT, an agency of the United States, | ) **JOINT MOTION FOR EXTENSION OF TIME FOR PARTIES TO RESOLVE RECORD DISPUTES** |
| Defendants. | ) |

Jill Silvey, in her official capacity as the Elko District Office Manager, and the United States Bureau of Land Management ("BLM") (collectively, "Federal Defendants") and Friends

2

of Animals ("Plaintiff") submit the following modification to the current schedule for the above-captioned case.

The parties are currently conferring to informally resolve any disputes regarding the Administrative Record. In light of the volume of the record and documents under dispute, the parties hereby request a modest extension to modify the scheduling order in order to ensure the parties' ability to adequately and meaningfully resolve any disputes without seeking Court intervention.

Accordingly, the parties respectfully request that the Court grant this motion and modify the remaining deadlines in the scheduling order (ECF No. 15) as follows:

**A. Administrative Record**
  i. The parties shall consult about any concerns with the Administrative Record, and attempt to informally resolve any disputes regarding the Administrative Record no later than March 30, 2018.
  ii. Plaintiff shall file any Motion to Supplement the Record no later than April 6, 2018.
  iii. Parties shall file any Motion to Amend or Supplement the Pleadings no later than April 6, 2018.

**B. Briefing on the Merits**
  i. Plaintiff shall file its Opening Brief within 14 days after resolution of any motions regarding the contents of the Administrative Record, as provided in paragraph A(iv). If no motions are filed under paragraph A(iv), Plaintiff's Motion for Summary Judgment shall be filed no later than May 3, 2018.
  ii. Federal Defendants shall file their combined Response to Plaintiff's Motion for Summary Judgment and Cross-Motion for Summary Judgment no later than May 24, 2018.

3

iii. Plaintiff shall file its combined Response to Federal Defendants' Cross-Motion and Reply in support of its Motion for Summary Judgment no later than June 7, 2018.

iv. Federal Defendants shall file their Reply in support of their Cross-Motion for Summary Judgment no later than June 21, 2018.

The parties respectfully request that the Court grant this motion and set the proposed deadlines in the above-captioned case. If the Court determines that a hearing on the Summary Judgment Motions would aid the Court, the parties request that the Court schedule oral argument as expeditiously as possible after briefing has been concluded.

DATED: March 23, 2018.

Respectfully submitted,

JEFFREY H. WOOD
Acting Assistant Attorney General

/s/ Devon Lea Flanagan
DEVON LEA FLANAGAN
Trial Attorney, D.C. Bar No. 1022195
Wildlife and Marine Resources Section
Environment & Natural Resources Division
P.O. Box 7611
Washington, D.C. 20044
Tel. (202) 305-0201
Fax (202) 305-0275
devon.flanagan@usdoj.gov

/s/ Daniela A. Arregui
DANIELA A. ARREGUI
Trial Attorney, New York Bar No. 4714713
Natural Resources Section
Environment and Natural Resources Division
United States Department of Justice
P.O. Box 7611

Washington, D.C. 20044
Tel. (202) 305-0447
Fax (202) 305-0506
daniela.arregui.labarca@usdoj.gov

*Attorneys for Federal Defendants*


/s/ *Jennifer Best (with permission)*
JENNIFER BEST
Colorado Bar No. 46549
Friends of Animals
Western Region Office
7500 E. Arapahoe Road, Suite 385
Centennial, CO 80112
Tel: (720) 949-7791
Fax: (888) 236-3303
jennifer@friendsofanimals.org


/s/ *Julie Cavanaugh-Bill (with permission)*
JULIE CAVANAUGH-BILL
Nevada Bar No. 11533
Cavanaugh-Bill Law Offices, LLC
Henderson Bank Building
401 Railroad Street, Suite 307
Elko, Nevada 89801
Tel: (775) 753-4357
Fax: (775) 777-2983
julie@cblawoffices.org

*Attorneys for Plaintiff*


IT IS SO ORDERED.

Dated: April 16, 2018

_____
HON. ROBERT C. JONES
United States District Judge

5