UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| FRIENDS OF ANIMALS,<br><br>        Plaintiff,<br><br>vs.<br><br>JILL SILVEY, *et al.,*<br><br>        Defendants. | Case No.: 3:18-CV-00043-RCJ-VPC<br><br>ORDER SETTING MOTION HEARING,<br>MONDAY, JULY 16, 2018 |

      Before the Court is Plaintiff's Motion for Summary Judgment (ECF No. 21). Accordingly,

      IT IS HEREBY ORDERED that a motion hearing is set for 10:00 A.M., Monday, July 16, 2018, in RENO COURTROOM 3, before Judge Robert C. Jones.

      IT IS SO ORDERED this 11th day of May, 2018.

 

_____
ROBERT C. JONES

ORDER SETTING MOTION HEARING, MONDAY, JULY 16, 2018 - 1