UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| FRIENDS OF ANIMALS,<br><br>Plaintiff,<br><br>v.<br><br>JILL SILVEY, in her official capacity as the Elko District Office Manager; and THE UNITED STATES BUREAU OF LAND MANAGEMENT, an agency of the United States,<br><br>Defendants. | Case No. 3:18-cv-00043-LRH-VPC |
| AMERICAN WILD HORSE CAMPAIGN and KIMERLEE CURYL,<br><br>Plaintiffs,<br><br>v.<br><br>RYAN ZINKE, Secretary of the Department of the Interior; MICHAEL D. NEDD, Acting Deputy Director of Operations of Bureau of Land Management; and JILL SILVEY, District Manager Elko District Office of Bureau of Land Management,<br><br>Defendants. | Case No. 3:18-cv-00059-MMD-VPC<br><br>REASSIGNMENT ORDER |

1

Before the court is the Federal Defendants' Notice of Related Cases (ECF No. 31 in the "43" case and ECF No. 30 in the "59" case).

The presiding District Judges in these actions have determined that these actions are related and that there is good cause to reassign them to one District Judge. Reassignment of the two cases to one judge will promote judicial efficiency and will not result in prejudice to the parties. The practice in this district has been to assign related cases to the assigned judge and magistrate in the first filed case.

Good cause appearing, IT IS HEREBY ORDERED that Case No. 3:18-cv-00059-MMD-VPC is reassigned to District Judge Larry R. Hicks and all future pleadings must bear case number 3:18-cv-00059-LRH-VPC.

IT IS FURTHER ORDERED that the Clerk of the Court shall change the file and docket to reflect this reassignment.

IT IS SO ORDERED.

DATED this 11th day of June, 2018.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE

DATED this 8 day of June, 2018.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE